UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BRUCE AND MARY ANN FEIRSON**<br><br>**Plaintiffs,**<br><br>v.<br><br>**DISTRICT OF COLUMBIA, et al.**<br><br>**Defendants.** | Civil Action No. 01-0905 (JDB) |

## ORDER

Upon consideration of defendants Michelle Smith-Jefferies, M.D., Taunya Brownlee, M.D., and Craig Throne, M.D. (collectively "physician defendants") motions for summary judgment, the opposition of plaintiffs Sgt. Bruce Feirson and Mary Ann Feirson, the entire record herein, and for the reasons stated in the Memorandum Opinion issued on this date, it is hereby

**ORDERED** that the physician defendants' motions for summary judgment are **GRANTED**; and it is further

**ORDERED** that judgment is ENTERED for the physician defendants on all counts of plaintiffs' Complaint.

        /s/ John D. Bates
        JOHN D. BATES
    United States District Judge

Dated:  March 29, 2005

Copies to:

Frank James Eisenhart
James Gregory Dyer
DECHERT PRICE & RHOADS
1775 I Street, NW
Washington, DC 20006
(202) 261-3306
(202) 261-3338
Fax : 202-261-3333
Email: frank.eisenhart@dechert.com
Email: gregory.dyer@dechert.com

Brennan J. Torregrossa
DECHERT LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103
(215) 994-2358
  *Counsel for plaintiffs*

David A. Jackson
OFFICE OF CORPORATION COUNSEL, D.C.
441 Fourth Street, NW
P.O. Box 14600
Room 6S079
Washington, DC 20001-2714
(202) 724-6618
Fax : 202-727-6013
Email: djackson@occ.dcgov.org
  *Counsel for the District of Columbia and the physician defendants*

Thomas Michael Hogan
HOGAN & HEALD
11130 Main Street
Suite 310
Fairfax, VA 22030
(703) 591-0003
Fax : (703) 591-4114
Email: thogan@hoganheald.com
  *Counsel for the physician defendants*